UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KENDALL WILLIAMS-JOHNSON,

       Petitioner,                Case No. 1:18-cv-300

v.                                      Honorable Paul L. Maloney

GREG SKIPPER,

       Respondent.
_____/

## **ORDER**

    In accordance with the Opinion entered this day:

    **IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: April 2, 2018                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge